1  STEVEN M. WOODSIDE, State Bar No. 58684
   County Counsel
2  ANNE L. KECK, State Bar No. 136315
   Deputy County Counsel
3  County of Sonoma
   575 Administration Drive, Room 105A
4  Santa Rosa, California 95403-2815
   Telephone: (707) 565-2421
5  Facsimile: (707) 565-2624
   E-mail: akeck@sonoma-county.org
6

7  Attorneys for Defendants the County
   of Sonoma, Sheriff-Coroner William
8  Cogbill, and County employees Michael
   Shanahan, Caroline Japp, Jo Weber,
9  and Robin Smith

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13  SALLY STEINHART,                          No. CV-10-00841 RS

14         Plaintiff,

15     v.

16  COUNTY OF SONOMA, SHERIFF-CORONER        **STIPULATION TO (1) PERMIT**
    BILL COGBILL and DEPUTY SHERIFFS M.      **FILING OF AN AMENDED**
17  SHANAHAN and CAROLYN ZOE; HUMAN          **COMPLAINT, (2) EXTEND COUNTY**
    SERVICES DEPARTMENT DIRECTOR JO          **DEFENDANTS' TIME TO RESPOND**
18  WEBER; FAMILY, YOUTH & CHILDREN'S        **TO THE COMPLAINT, AND (3) RE-**
    SERVICES DIVISION DIRECTOR CAROL         **SCHEDULE CASE MANAGEMENT**
19  BAUER, AND CHILD WELFARE                 **CONFERENCE DATES; [**~~PROPOSED~~**]**
    SERVICES/PROTECTIVE SERVICES SOCIAL      **ORDER**
20  WORKER ROBIN SMITH, individually and in their
    official capacities, CALIFORNIA DEPARTMENT
21  OF SOCIAL SERVICES, DOES 1-50, et al.,

22         Defendants.
                                              /
23

24         This joint stipulation and request for entry of order is entered into by and between Plaintiff in

25  pro per, Sally Steinhart ("Plaintiff"), and Defendants the County of Sonoma, Sheriff-Coroner

26  William Cogbill, Sheriff's Deputy Michael Shanahan, Sheriff's Deputy Caroline Japp (erroneously

27  sued herein as Carolyn Zoe), and Sonoma County employees Jo Weber and Robin Smith

28  Stipulation to (1) Permit Filing of an Amended
    Complaint, (2) Extend County Defendants' Time to
    Respond to the Complaint, and (3) Reschedule Case
    Management Conference Dates; [~~Proposed~~] Order      1           USDC Case No. CV-10-00841 RS

1  (collectively, "County Defendants").  Defendant the State Department of Social Services is not a

2  party to this stipulation.  This stipulation and concomitant request for order is made based upon

3  Plaintiff's stated intent to amend the Complaint, as well as to provide County Defendants additional

4  time in which to respond to the Complaint, and to reschedule the dates set forth in the Order Setting

5  Initial Case Management Conference and ADR Deadlines, entered on February 26, 2010 (Docket

6  No. 2, hereinafter the "CMC Order").  The terms and provisions of this stipulation and request for

7  order are set forth below.

## RECITALS

9   A.   Plaintiff filed her Complaint for Declaratory and Injunctive Relief and Damages

10  herein on February 26, 2010 (the "Complaint").  Plaintiff believes that she effectuated service of the

11  Complaint on all County Defendants identified above on or about May 12, 2010.  Plaintiff has not

12  yet effectuated service on Defendant the State Department of Social Services, nor Defendant and

13  former Sonoma County employee Carol Bauer (retired).

14   B.   Plaintiff has informed counsel for County Defendants of her intent to amend the

15  Complaint.  Further, counsel for County Defendants has agreed to provide information to Plaintiff to

16  assist her in amending her Complaint.

17   C.   The CMC Order sets the initial case management conference date for June 10, 2010,

18  and requires the parties to have met certain requirements by May 20, 2010; such requirements have

19  not been met based on the date of service of the Complaint.  In addition, the parties believe that the

20  case management conference will be more effective if held after the pleadings have been settled.

21   WHEREFORE, the parties hereby stipulate and request entry of a court order as follows:

## STIPULATION

23   1.   Should Plaintiff desire to amend her complaint, she must file and serve an amended

24  complaint in this action on or before June 15, 2010.

25   2.   County Defendants shall file and serve their responsive pleading to either the initial

26  Complaint or any amended complaint, as applicable, on or before July 15, 2010.

Stipulation to (1) Permit Filing of an Amended
Complaint, (2) Extend County Defendants' Time to
Respond to the Complaint, and (3) Reschedule Case
Management Conference Dates; [Proposed] Order         2         USDC Case No. CV-10-00841 RS

3. The dates set forth in the CMC Order shall be amended and revised to set the initial case management conference to occur on October 21, 2010, at 10:00 a.m.; all other dates set forth in the CMC Order shall be continued accordingly.

4. This stipulation does not prevent or preclude the parties from seeking additional relief from this Court, to amend this stipulation and order or otherwise.

Respectfully submitted,

Dated: May 25, 2010          Stephen M. Woodside, County Counsel

By:  /s/ Anne L. Keck
Anne L. Keck, Deputy County Counsel
Attorneys for County Defendants

Dated: May 25, 2010          Sally Steinhart, Plaintiff in pro per

By:  /s/ Sally Steinhart
Sally Steinhart

\*          \*          \*

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, and with good cause appearing,

IT IS HEREBY ORDERED that Plaintiff shall have through June 15, 2010, to file an amended complaint herein, and County Defendants shall have through July 15, 2010, to file a responsive pleading to either the initial or amended complaint, as applicable.

IT IS FURTHER ORDERED that the Clerk shall issue an amended and revised CMC Order, rescheduling the initial case management conference for October 21, 2010, at 10:00 a.m., and continuing all other dates set forth in the original CMC Order (Docket No. 2) accordingly.

Date: May 26, 2010

_____
HONORABLE RICHARD SEEBORG
United States District Judge

Stipulation to (1) Permit Filing of an Amended Complaint, (2) Extend County Defendants' Time to Respond to the Complaint, and (3) Reschedule Case Management Conference Dates; [Proposed] Order          3          USDC Case No. CV-10-00841 RS