*E-Filed 6/16/10*

STEVEN M. WOODSIDE, State Bar No. 58684
County Counsel
ANNE L. KECK, State Bar No. 136315
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
E-mail: akeck@sonoma-county.org

Attorneys for Defendants the County
of Sonoma, Sheriff-Coroner William
Cogbill, and County employees Michael
Shanahan, Caroline Japp, Jo Weber,
and Robin Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALLY STEINHART,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF SONOMA, SHERIFF-CORONER BILL COGBILL and DEPUTY SHERIFFS M. SHANAHAN and CAROLYN ZOE; HUMAN SERVICES DEPARTMENT DIRECTOR JO WEBER; FAMILY, YOUTH & CHILDREN'S SERVICES DIVISION DIRECTOR CAROL BAUER, AND CHILD WELFARE SERVICES/PROTECTIVE SERVICES SOCIAL WORKER ROBIN SMITH, individually and in their official capacities, CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, DOES 1-50, et al.,<br><br>          Defendants.<br>_____/ | No.  CV-10-00841 RS<br><br>**SECOND STIPULATION TO (1) PERMIT FILING OF AN AMENDED COMPLAINT, AND (2) EXTEND COUNTY DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT; [PROPOSED] ORDER** |

This joint second stipulation and request for entry of order is entered into by and between Plaintiff in pro per, Sally Steinhart ("Plaintiff"), and Defendants the County of Sonoma, Sheriff-Coroner William Cogbill, Sheriff's Deputy Michael Shanahan, Sheriff's Deputy Caroline Japp (erroneously sued herein as Carolyn Zoe), and Sonoma County employees Jo Weber and Robin

1  Smith (collectively, "County Defendants").  Defendant the State Department of Social Services is
2  not a party to this stipulation.   This stipulation and concomitant request for order is made based
3  upon Plaintiff's request for additional time in which to prepare, file and serve an amended
4  complaint, and a concomitant extension of time for County Defendants to file a responsive pleading.
5  The terms and provisions of this stipulation and request for order are set forth below.

## RECITALS

7      A.    Plaintiff filed her Complaint for Declaratory and Injunctive Relief and Damages
8  herein on February 26, 2010 (the "Complaint").  Plaintiff believes that she effectuated service of the
9  Complaint on all County Defendants identified above on or about May 12, 2010.  Plaintiff has not
10 yet effectuated service on Defendant the State Department of Social Services, nor Defendant and
11 former Sonoma County employee Carol Bauer (retired).

12     B.    Pursuant to a previous stipulation of Plaintiff and County Defendants, the Court
13 entered an order, *inter alia*, permitting Plaintiff to file and serve an amended complaint through June
14 15, 2010, and providing County Defendants with additional time in which to respond to the
15 Complaint or amended complaint through July 15, 2010 (Docket No. 4).

16     C.    Plaintiff has not yet been able to complete the preparation of her first amended
17 complaint. Accordingly, Plaintiff requests additional time in which to file and serve her amended
18 complaint, through June 18, 2010, and has agreed to permit County Defendants additional time in
19 which to serve their responsive pleading, through July 19, 2010.

20     WHEREFORE, the parties hereby stipulate and request entry of a court order as follows:

## STIPULATION

22     1.    Should Plaintiff desire to amend her complaint, she must file and serve an amended
23 complaint in this action on or before June 18, 2010.

24     2.    County Defendants shall file and serve their responsive pleading to either the initial
25 Complaint or any amended complaint, as applicable, on or before July 19, 2010.

26 ///
27 ///
28

Second Stipulation to (1) Permit Filing of an Amended
Complaint, and (2) Extend County Defendants' Time to
Respond to the Complaint; [Proposed] Order    2    USDC Case No. CV-10-00841 RS

3. This stipulation does not prevent or preclude the parties from seeking additional relief from this Court, to amend this stipulation and order or otherwise.

Respectfully submitted,

Dated: June 16, 2010         Stephen M. Woodside, County Counsel

By: _____/s/ Anne L. Keck_____
Anne L. Keck, Deputy County Counsel
Attorneys for County Defendants

Dated: June 16, 2010         Sally Steinhart, Plaintiff in pro per

By: _____/s/ Sally Steinhart_____
Sally Steinhart

\*        \*        \*

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, and with good cause appearing,

IT IS HEREBY ORDERED that Plaintiff shall have through June 18, 2010, to file an amended complaint, and County Defendants shall have through July 19, 2010, to file a responsive pleading to either the initial or amended complaint, as applicable.

Date: 6/16/10         _____
HONORABLE RICHARD SEEBORG
United States District Judge

---

Second Stipulation to (1) Permit Filing of an Amended Complaint, and (2) Extend County Defendants' Time to Respond to the Complaint; [Proposed] Order         3         USDC Case No. CV-10-00841 RS