*E-Filed 2/16/11*

1   BRUCE D. GOLDSTEIN, State Bar No. 135970
    County Counsel
2   ANNE L. KECK, State Bar No. 136315
    Deputy County Counsel
3   County of Sonoma
    575 Administration Drive, Room 105A
4   Santa Rosa, California 95403-2815
    Telephone: (707) 565-2421
5   Facsimile: (707) 565-2624
    E-mail: akeck@sonoma-county.org
6

7   Attorneys for Defendants the County
    of Sonoma, Sheriff-Coroner William
8   Cogbill, and County employees Michael
    Shanahan, Caroline Japp, Jo Weber,
9   and Robin Smith

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13   SALLY STEINHART,                        No.  CV-10-00841 RS

14              Plaintiff,

15         v.

16   COUNTY OF SONOMA, SHERIFF-CORONER       **STIPULATION TO CONTINUE CASE**
     BILL COGBILL and DEPUTY SHERIFFS M.     **MANAGEMENT CONFERENCE SET**
17   SHANAHAN and CAROLYN JAAP; HUMAN        **FOR FEBRUARY 24, 2011, AND TO**
     SERVICES DEPARTMENT DIRECTOR JO         **EXTEND TIME TO RESPOND TO**
18   WEBER; FAMILY, YOUTH & CHILDREN'S       **AMENDED COMPLAINT;**
     SERVICES DIVISION DIRECTOR CAROL        ~~**[PROPOSED]** ORDER~~
19   BAUER; YOUTH & CHILDREN'S SERVICES       AS MODIFIED BY THE COURT
     DIVISION DIRECTOR NICHOLAS HONEY;
20   CHILD WELFARE SERVICES/ PROTECTIVE
     SERVICES SOCIAL WORKERS JERRY ALLEN,
21   BETTY JOHNSON, and ROBIN SMITH,
     individually and in their official capacities,
22   CALIFORNIA DEPARTMENT OF SOCIAL
     SERVICES; DOES 1-50, and ROES 1-50, and
23   MOES 1-50, inclusive, jointly and severally,

24              Defendants.
     _____/
25

26         This joint stipulation and request for entry of an order continuing the Case Management

27   Conference and extending the time to respond to an amended complaint is entered into by and

28

between Plaintiff in pro per, Sally Steinhart ("Plaintiff"), and Defendants the County of Sonoma, Sheriff-Coroner William Cogbill, and County employees Michael Shanahan, Caroline Jaap, Jo Weber, Nicholas Honey, Jerry Allen, Betty Johnson and Robin Smith (collectively, "County Defendants").   By this stipulation, these parties request that the Case Management Conference currently scheduled for February 24, 2011, be continued to April 28, 2011 (or such other date as is convenient for the Court), to permit the filing of a second amended complaint and response thereto prior to such conference.   Defendant the State Department of Social Services and other named defendants have not appeared in this action, and are not parties to this stipulation.

**RECITALS**

A.      Plaintiff initiated this action on February 26, 2010, and filed her First Amended Complaint on June 21, 2010 (Dkt. No. 8).  County Defendants responded by filing their Motion to Dismiss the First Amended Complaint and Motion for More Definite Statement on July 26, 2010 (Dkt. No. 12) (hereinafter, the "Motions").

B.      The Court resolved the County Defendants' Motions on February 7, 2011, through its Order Granting in Part and Denying in Part Motion to Dismiss and Denying Motion for a More Definite Statement (Dkt. No. 34) (hereinafter, the "Order").  Pursuant to such Order, Plaintiff is required to submit any amended pleading within 30 days of the date of entry of the Order (i.e., through March 9, 2011).

C.      Pursuant to previous stipulation and order, the time in which County Defendants may file and serve an Anti-SLAPP Motion under California Code of Civil Procedure Section 425.16 has been extended through April 4, 2011 (Dkt. No. 33).

D.      In addition, Plaintiff has consented to County Defendants' request for an extension of time to file their responsive pleading to that portion of the First Amended Complaint that was not dismissed via the Order, or to any amended complaint if filed within the required time period, through April 4, 2011.

E.      Because the pleadings in this case have not yet settled, the parties to this stipulation request that the Court continue the Case Management Conference currently set for February 24,

1  2011, to April 28, 2011, at which time the parties expect to have further information regarding the

2  parameters of this action, anticipated pre-trial proceedings, and the proper scope of discovery, to

3  address scheduling issues with the Court.

4         WHEREFORE, the parties to this stipulation hereby agree and request entry of a court order

5  as follows:

6                                          **STIPULATION**

7         1.      The Case Management Conference currently scheduled to occur on February 24,

8  2011, is requested to be continued to April 28, 2011, at 10:00 a.m., or such other date and time as is

9  convenient for the Court.  The parties shall file a supplemental joint case management conference

10 statement at least one week prior to the conference.

11        2.      County Defendants' time to file a response to that portion of the First Amended

12 Complaint that was not dismissed via the Order, or to any amended complaint filed within the

13 required time period, is requested to be extended through April 4, 2011.

14        3.      This stipulation does not prevent or preclude the parties from seeking additional relief

15 from this Court, to amend this stipulation and order or otherwise.

16                                         Respectfully submitted,

17 Dated:  February 16, 2011            Bruce D. Goldstein, County Counsel

18                                      By: _____/s/ Anne L. Keck_____
                                        Anne L. Keck, Deputy County Counsel
19                                      Attorneys for County Defendants

20

21 Dated:  February 16, 2011            Sally Steinhart, Plaintiff in pro per

22                                      By: _/s/ Sally Steinhart_____
                                        Sally Steinhart

23

24

25

26

27

28

1

**[PROPOSED]** ~~[PROPOSED]~~ ORDER

2      Pursuant to and in accordance with the foregoing Stipulation, and with good cause appearing,

3   it is hereby ordered as follows:

4      1.   The Case Management Conference currently scheduled to occur on February 24, 2011,

May 5, 2011

5   shall be continued to ~~April 28~~, 2011, at 10:00 a.m.  The parties shall file a joint supplemental case

6   management conference statement at least one week prior to the conference.

7      2.   County Defendants' time to file a response to that portion of the First Amended

8   Complaint that was not dismissed via the Order, or to any amended complaint filed within the

9   required time period, is extended through April 4, 2011.

10      IT IS SO ORDERED.

11   Date: __2/16/11_____                          _____

12                                          HONORABLE RICHARD SEEBORG
                                            United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28