BRUCE D. GOLDSTEIN, State Bar No. 135970
County Counsel
ANNE L. KECK, State Bar No. 136315
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
E-mail: akeck@sonoma-county.org

Attorneys for Defendants the County
of Sonoma, Former Sheriff-Coroner William
Cogbill, and County employees Michael
Shanahan, Caroline Japp, Jo Weber,
Nicholas Honey, Jerry Allen, Betty
Johnson, and Robin Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALLY STEINHART,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SONOMA, et al.,<br><br>    Defendants.<br>_____ / | No.  CV-10-00841 RS<br><br>**STIPULATION FOR ORDERS: (1)TO PERMIT FILING OF A THIRD AMENDED COMPLAINT; (2) EXTEND TIME TO RESPOND TO COMPLAINT AND FILE ANTI-SLAPP MOTION; AND (3) CONTINUE CASE MANAGEMENT CONFERENCE SET FOR MAY 5, 2011; [PROPOSED] ORDER** |

This joint stipulation is entered into by and between Plaintiff in pro per, Sally Steinhart ("Plaintiff"), and Defendants the County of Sonoma, former Sheriff-Coroner William Cogbill, and County employees Michael Shanahan, Caroline Jaap, Jo Weber, Nicholas Honey, Jerry Allen, Betty Johnson and Robin Smith (collectively, "County Defendants").  Through this stipulation, these parties make three separate requests: (1) for entry of an order permitting the filing of a third amended complaint on or before April 29, 2011; (2) for entry of an order extending the time for County Defendants to respond to the complaint, and to file an Anti-SLAPP Motion under California Code of Civil Procedure Section 425.16,  to May 31, 2011; and (3) for entry of an order continuing the Case Management Conference currently set for May 5, 2011, to July 14, 2011, or such other date

1 as is convenient for the Court.   Defendant the State Department of Social Services and other named

2 defendants have not appeared in this action, and are not parties to this stipulation.

3 **RECITALS**

4     A.    Plaintiff initiated this action on February 26, 2010, and filed her First Amended

5 Complaint on June 21, 2010 (Dkt. No. 8).  County Defendants responded by filing their Motion to

6 Dismiss the First Amended Complaint and Motion for More Definite Statement on July 26, 2010

7 (Dkt. No. 12) (hereinafter, the "Motions").

8     B.    The Court resolved the County Defendants' Motions on February 7, 2011, through its

9 "Order Granting in Part and Denying in Part Motion to Dismiss and Denying Motion for a More

10 Definite Statement" (Dkt. No. 34) (hereinafter, the " 2/7/11 Order").  Thereafter, Plaintiff timely

11 filed her Second Amended Complaint (the "SAC") on March 9, 2011 (Dkt. No. 38).

12     C.    In the 2/7/11 Order, the Court granted County Defendants' request for dismissal with

13 leave to amend on several claims, providing direction to Plaintiff as to the nature of the allegations

14 required to state a claim for relief.  Counsel for County Defendants has discussed with Plaintiff her

15 belief that the SAC does not satisfy the provisions of the 2/7/11 Order in several respects, and

16 Plaintiff has agreed to consider the issues counsel raises.  In addition, counsel for County

17 Defendants is providing informal discovery to Plaintiff to address certain issues raised in the SAC,

18 which Plaintiff has agreed to consider in connection with further amending the SAC.

19     D.    The parties request that Plaintiff be provided with the opportunity to further amend

20 her complaint to conform to the Court's 2/7/11 Order, as well as address factual issues verified in

21 documents currently being provided to Plaintiff.  To ensure Plaintiff has sufficient time to consider

22 such issues and draft such a pleading, the parties request that Plaintiff be provided through April 29,

23 2011, in which to file a third amended complaint.

24     E.    Pursuant to previous stipulation and order, the time in which County Defendants may

25 file and serve their response to the current SAC, as well as file an Anti-SLAPP Motion under

26 California Code of Civil Procedure Section 425.16, has been extended through April 4, 2011 (Dkt.

27 Nos. 33, 37).  Further, in its Order entered February 16, 2011, the Court also continued the Case

28 Management Conference in this case to May 5, 2011 (Dkt. No. 37).

1     F.    The parties also request that the County Defendants be provided with additional time in which to file a response to the SAC or any third amended complaint (if filed), through May 31, 2011.  In addition, the parties request that the County Defendants be provided with an additional extension of time in which to file its Anti-SLAPP motion under California Code of Civil Procedure Section 425.16  also through May 31, 2011, to permit coordination of pleadings and motions.  This Court has the discretion under California Code of Civil Procedure Section 425.16(f) to extend the initial 60-day filing period for Anti-SLAPP motions to "any later time upon terms it deems proper." The parties believe that an extension for the filing of such a motion through May 31, 2011, is appropriate under the circumstances, to permit the parties to attempt to resolve issues relevant to such motions informally and without the necessity of involving the Court.

G.    Based on the requests contained in this stipulation, and due to the fact that the pleadings in this case have not yet settled, the parties also request that the Court continue the Case Management Conference (currently set for May 5, 2011) to July 14, 2011, or such other date as is convenient for the Court.   The parties expect by such time to have further information regarding the parameters of this action, anticipated pre-trial proceedings, and the proper scope of discovery, to address scheduling issues with the Court.

WHEREFORE, the parties to this stipulation hereby agree and request entry of a court order as follows:

**STIPULATION**

1.    The parties request that Plaintiff be permitted to file a third amended complaint in this case through and including April 29, 2011.

2.    The time in which County Defendants may file a response to the current Second Amended Complaint or any third amended complaint (if filed) is requested to be extended through and including May 31, 2011.

3.    The time in which County Defendants may file its Anti-SLAPP motion under California Code of Civil Procedure Section 425.16 as to certain State Law claims alleged herein is requested to be extended through and including May 31, 2011.

4. The Case Management Conference currently scheduled to occur on May 5, 2011, is requested to be continued to July 14, 2011, at 10:00 a.m., or such other date and time as is convenient for the Court. The parties shall file a supplemental joint case management conference statement at least one week prior to the conference.

5. This stipulation does not prevent or preclude the parties from seeking additional relief from this Court, to amend this stipulation and order or otherwise.

Respectfully submitted,

Dated: April 4, 2011     Bruce D. Goldstein, County Counsel

By: _____/s/ Anne L. Keck_____
Anne L. Keck, Deputy County Counsel
Attorneys for County Defendants


Dated: April 4, 2011     Sally Steinhart, Plaintiff in pro per

By: _____/s/ Sally Steinhart_____
Sally Steinhart

**[PROPOSED] ORDER**

Pursuant to and in accordance with the foregoing Stipulation, and with good cause appearing, it is hereby ordered as follows:

1. Plaintiff is permitted to file a third amended complaint in this case through and including April 29, 2011.

2. The time in which County Defendants may file a response to the current Second Amended Complaint or any third amended complaint (if filed) is extended through and including May 31, 2011.

3. The time in which County Defendants may file its Anti-SLAPP motion under California Code of Civil Procedure Section 425.16 as to certain State Law claims alleged herein is extended through and including May 31, 2011.

4. The Case Management Conference currently scheduled to occur on May 5, 2011, is continued to July 14, 2011, at 10:00 a.m., or xxxxxxxxxxxxxxxxxxxxxxx. The parties shall file a supplemental joint case management conference statement at least one week prior to the conference.

IT IS SO ORDERED.

Date: 4/4/11

HONORABLE RICHARD SEEBORG
United States District Judge