*E-Filed 5/2/11*

1  BRUCE D. GOLDSTEIN, State Bar No. 135970
   County Counsel
2  ANNE L. KECK, State Bar No. 136315
   Deputy County Counsel
3  County of Sonoma
   575 Administration Drive, Room 105A
4  Santa Rosa, California 95403-2815
   Telephone: (707) 565-2421
5  Facsimile: (707) 565-2624
   E-mail: akeck@sonoma-county.org
6

7  Attorneys for Defendants the County
   of Sonoma, Former Sheriff-Coroner William
8  Cogbill, and County employees Michael
   Shanahan, Caroline Japp, Jo Weber,
9  Nicholas Honey, Jerry Allen, Betty
   Johnson, and Robin Smith
10

11                 UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14  SALLY STEINHART,                    No.  CV-10-00841 RS

15        Plaintiff,                    **STIPULATION FOR ORDERS TO: (1)
                                        EXTEND TIME FOR FILING A THIRD
16     v.                               AMENDED COMPLAINT; (2) EXTEND
                                        TIME TO RESPOND TO COMPLAINT
17  COUNTY OF SONOMA, et al.,           AND FILE ANTI-SLAPP MOTION;
                                        [~~PROPOSED~~] ORDER**
18        Defendants.
                                    /
19

20        This joint stipulation is entered into by and between Plaintiff in pro per, Sally Steinhart

21  ("Plaintiff"), and Defendants the County of Sonoma, former Sheriff-Coroner William Cogbill, and

22  County employees Michael Shanahan, Caroline Jaap, Jo Weber, Nicholas Honey, Jerry Allen, Betty

23  Johnson and Robin Smith (collectively, "County Defendants").   Through this stipulation, these

24  parties request that the Court further extend the time for Plaintiff to file a Third Amended Complaint

25  ("TAC") through May 20, 2011, and to concomitantly extend the time for County Defendants to file

26  a response to the TAC and to file an Anti-SLAPP Motion under California Code of Civil Procedure

27  Section 425.16  through June 28, 2011.  Defendant the State Department of Social Services and

28  other named defendants have not appeared in this action, and are not parties to this stipulation.

Stipulation for Orders: (1) to Extend Time for
Filing a Third Amended Complaint, *et al.*;
[Proposed] Order                    1                USDC Case No. CV-10-00841 RS

**RECITALS**

A.      Plaintiff initiated this action on February 26, 2010, and filed her First Amended Complaint on June 21, 2010 (Dkt. No. 8).  County Defendants responded by filing their Motion to Dismiss the First Amended Complaint and Motion for More Definite Statement on July 26, 2010 (Dkt. No. 12) (hereinafter, the "Motions").  The Court resolved the County Defendants' Motions on February 7, 2011, through its "Order Granting in Part and Denying in Part Motion to Dismiss and Denying Motion for a More Definite Statement" (Dkt. No. 34) (hereinafter, the " 2/7/11 Order").  Thereafter, Plaintiff timely filed her Second Amended Complaint on March 9, 2011 (Dkt. No. 38).

B.      On April 4, 2011, this Court approved a stipulation of the parties and entered an order: (1) permitting Plaintiff to file a TAC through April 29, 2011; (2) providing County Defendants through May 31, 2011, to file a respond to the TAC and an Anti-SLAPP motion under California Code of Civil Procedure Section 425.16; and (3) continuing the Case Management Conference to July 14, 2011, at 10:00 a.m. (Docket No. 41.)

C.      Plaintiff has requested additional time in which to prepare and file her TAC through May 20, 2011, and County Defendants agree to such request.  In return, Plaintiff has agreed to extend the time in which County Defendants may file a response to the TAC, and an Anti-SLAPP Motion under California Code of Civil Procedure Section 425.16, through June 28, 2011.[1]  The parties have agreed to retain the current Case Management Conference date of July 14, 2011.

D.      The parties believe that such additional time is warranted to provide Plaintiff with the opportunity to further research and investigate the claims in her complaint, to conform the TAC to the Court's 2/7/11 Order, and to provide County Defendants with sufficient time in which to respond.

WHEREFORE, the parties to this stipulation hereby agree and request entry of a court order as follows:

---

[1]This Court has the discretion under California Code of Civil Procedure Section 425.16(f) to extend the initial 60-day filing period for Anti-SLAPP motions to "any later time upon terms it deems proper."

Stipulation for Orders: (1) to Extend Time for
Filing a Third Amended Complaint, *et al.*;
[Proposed] Order                         2                    USDC Case No. CV-10-00841 RS

**STIPULATION**

1.      The parties request that the time in which Plaintiff may file a third amended complaint in this case be extended through and including May 20, 2011.

2.      The parties request that time in which County Defendants may file a response to the current Second Amended Complaint or any third amended complaint (if filed) be extended through and including June 28, 2011.

3.      The parties request that the time in which County Defendants may file their Anti-SLAPP motion under California Code of Civil Procedure Section 425.16 as to certain State Law claims alleged herein be extended through and including June 28, 2011.

4.      This stipulation does not prevent or preclude the parties from seeking additional relief from this Court, to amend this stipulation and order or otherwise.

Respectfully submitted,

Dated:   April 29, 2011                    Bruce D. Goldstein, County Counsel

By:   /s/ Anne L. Keck
      Anne L. Keck, Deputy County Counsel
      Attorneys for County Defendants


Dated:   April 29, 2011                    Sally Steinhart, Plaintiff in pro per

By:   /s/ Sally Steinhart
      Sally Steinhart

Stipulation for Orders: (1) to Extend Time for
Filing a Third Amended Complaint, *et al.*;
[~~Proposed~~] Order                    3                    USDC Case No. CV-10-00841 RS

**[~~PROPOSED~~] ORDER**

Pursuant to and in accordance with the foregoing Stipulation, and with good cause appearing, it is hereby ordered as follows:

1.    The time in which Plaintiff may file a third amended complaint in this case is extended through and including May 20, 2011.

2.    The time in which County Defendants may file a response to the current Second Amended Complaint or any third amended complaint (if filed) is extended through and including June 28, 2011.

3.    The time in which County Defendants may file their Anti-SLAPP motion under California Code of Civil Procedure Section 425.16 as to certain State Law claims alleged herein is extended through and including June 28, 2011.

IT IS SO ORDERED.

Date: 4/29/11

_____
HONORABLE RICHARD SEEBORG
United States District Judge

Stipulation for Orders: (1) to Extend Time for
Filing a Third Amended Complaint, *et al.*;
[Proposed] Order                4        USDC Case No. CV-10-00841 RS