1  BRUCE D. GOLDSTEIN, State Bar No. 135970
   County Counsel
2  ANNE L. KECK, State Bar No. 136315
   Deputy County Counsel
3  County of Sonoma
   575 Administration Drive, Room 105A
4  Santa Rosa, California 95403-2815
   Telephone: (707) 565-2421
5  Facsimile: (707) 565-2624
   E-mail: akeck@sonoma-county.org
6

7  Attorneys for Defendants the County
   of Sonoma, Former Sheriff-Coroner William
8  Cogbill, and County employees Michael
   Shanahan, Caroline Japp, Jo Weber,
9  Nicholas Honey, Jerry Allen, Betty
   Johnson, and Robin Smith
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14  SALLY STEINHART,                    No. CV-10-00841 RS

15         Plaintiff,                   **SECOND STIPULATION FOR ORDERS TO: (1) EXTEND TIME FOR FILING A THIRD AMENDED COMPLAINT; (2) EXTEND TIME TO RESPOND TO COMPLAINT AND FILE ANTI-SLAPP MOTION; AND (3) CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**
16    v.

17  COUNTY OF SONOMA, et al.,

18         Defendants.
                                    /
19

20       This joint stipulation is entered into by and between Plaintiff in pro per, Sally Steinhart

21  ("Plaintiff"), and Defendants the County of Sonoma, former Sheriff-Coroner William Cogbill, and

22  County employees Michael Shanahan, Caroline Jaap, Jo Weber, Nicholas Honey, Jerry Allen, Betty

23  Johnson and Robin Smith (collectively, "County Defendants").  Through this stipulation, these

24  parties request that the Court enter an order: (1) further extending the time for Plaintiff to file a Third

25  Amended Complaint ("TAC") through June 27, 2011; (2) extending the time for County Defendants

26  to file a response to the TAC and to file an Anti-SLAPP Motion under California Code of Civil

27  Procedure Section 425.16 through July 29, 2011; and (3) continuing the Case Management

28  Conference, currently set for July 14, 2011, to August 25, 2011.  Defendant the State Department of

Second Stipulation for Orders: (1) to Extend Time for
Filing a Third Amended Complaint, *et al.*;
[Proposed] Order                         1              USDC Case No. CV-10-00841 RS

Social Services and other named defendants have not appeared in this action, and are not parties to this stipulation.

**RECITALS**

A. Plaintiff initiated this action on February 26, 2010, and filed her First Amended Complaint on June 21, 2010 (Dkt. No. 8). County Defendants responded by filing their Motion to Dismiss the First Amended Complaint and Motion for More Definite Statement on July 26, 2010 (Dkt. No. 12) (hereinafter, the "Motions"). The Court resolved the County Defendants' Motions on February 7, 2011, through its "Order Granting in Part and Denying in Part Motion to Dismiss and Denying Motion for a More Definite Statement" (Dkt. No. 34) (hereinafter, the " 2/7/11 Order"). Thereafter, Plaintiff timely filed her Second Amended Complaint on March 9, 2011 (Dkt. No. 38).

B. The parties have entered two previous stipulations, which the Court has approved, related to the filing of a Third Amended Complaint ("TAC") and related responses. (Dkt. Nos. 41 and 43.) Most recently, on April 29, 2011, this Court approved a stipulation of the parties and entered an order: (1) permitting Plaintiff to file a TAC through May 20, 2011; (2) providing County Defendants through June 28, 2011, to file a respond to the TAC and an Anti-SLAPP motion under California Code of Civil Procedure Section 425.16. (Dkt. No. 43.)

C. The Case Management Conference in this case is currently set for July 14, 2011, at 10:00 a.m. (Dkt. No. 41.)

D. Plaintiff has requested additional time in which to prepare and file her TAC through June 27, 2011, based on her calendar and due dates in other cases. Further, pursuant to the parties' informal discovery process, County Defendants have located additional information and documents to provide to Plaintiff to consider in connection with preparing her TAC, which have not yet been provided to her. Providing Plaintiff with additional time in which to file her TAC will permit her to consider such information and conform her TAC to the Court's 2/7/11 Order.

E. County Defendants agree to Plaintiff's request for an extension of time to prepare and file her TAC. In return, Plaintiff has agreed to extend the time in which County Defendants may file

Second Stipulation for Orders: (1) to Extend Time for
Filing a Third Amended Complaint, *et al.*;
[Proposed] Order                    2                    USDC Case No. CV-10-00841 RS

1  a response to the TAC, and an Anti-SLAPP Motion under California Code of Civil Procedure

2  Section 425.16, through July 29, 2011.[1]

3      F.    In light of the above stipulated dates, the parties have also agreed and request the

4  Court to continue the Case Management Conference from its current date of July 14, 2011, to

5  August 25, 2011, at 10:00 a.m.

6      WHEREFORE, the parties to this stipulation hereby agree and request entry of a court order

7  as follows:

**STIPULATION**

9      1.    The parties request that the time in which Plaintiff may file a third amended

10 complaint in this case be extended through and including June 27, 2011.

11     2.    The parties request that time in which County Defendants may file a response to the

12 current Second Amended Complaint or any third amended complaint (if filed) be extended through

13 and including July 29, 2011.

14     3.    The parties request that the time in which County Defendants may file their Anti-

15 SLAPP motion under California Code of Civil Procedure Section 425.16 as to certain State Law

16 claims alleged herein be extended through and including July 29, 2011.

17     4.    The parties request that the Case Management Conference, currently set for July 14,

18 2011, be continued to August 25, 2011, at 10:00 a.m.  A joint case management conference

19 statement shall be filed one week prior to the conference.

20     5.    This stipulation does not prevent or preclude the parties from seeking additional relief

21 from this Court, to amend this stipulation and order or otherwise.

Respectfully submitted,

Dated: May 20, 2011             Bruce D. Goldstein, County Counsel

By:   /s/ Anne L. Keck
      Anne L. Keck, Deputy County Counsel
      Attorneys for County Defendants

---

[1] This Court has the discretion under California Code of Civil Procedure Section 425.16(f) to extend the initial 60-day filing period for Anti-SLAPP motions to "any later time upon terms it deems proper."

---

Second Stipulation for Orders: (1) to Extend Time for
Filing a Third Amended Complaint, *et al.*;
[Proposed] Order                     3             USDC Case No. CV-10-00841 RS

1  Dated: May 20, 2011                              Sally Steinhart, Plaintiff in pro per

2                                                   By:     /s/ Sally Steinhart
                                                            Sally Steinhart
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Second Stipulation for Orders: (1) to Extend Time for
Filing a Third Amended Complaint, *et al.*;
[P~~roposed~~] Order                              4            USDC Case No. CV-10-00841 RS

**[PROPOSED] ORDER**

Pursuant to and in accordance with the foregoing Stipulation, and with good cause appearing, it is hereby ordered as follows:

1. The time in which Plaintiff may file a third amended complaint in this case is extended through and including June 27, 2011.

2. The time in which County Defendants may file a response to the current Second Amended Complaint or any third amended complaint (if filed) is extended through and including July 29, 2011.

3. The time in which County Defendants may file their Anti-SLAPP motion under California Code of Civil Procedure Section 425.16 as to certain State Law claims alleged herein is extended through and including July 29, 2011.

4. The Case Management Conference, currently set for July 14, 2011, is continued to August 25, 2011, at 10:00 a.m. A joint case management conference statement shall be filed one week prior to the conference.

IT IS SO ORDERED.

Date: 5/24/11

HONORABLE RICHARD SEEBORG
United States District Judge