1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4          SAN FRANCISCO DIVISION

5

6   SALLY STEINHART,                              No. C 10-00841

7                    Plaintiff,          **CASE MANAGEMENT**
       v.                                **SCHEDULING ORDER**
8
    COUNTY OF SONOMA, et al.,
9

10                   Defendants.
                                                    /
11   ────────────────────────────────────

12          Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a

13   Case Management Conference on November 1, 2012.  After considering the Joint Case

14   Management Statement submitted by the parties and consulting with the attorneys of record for

15   the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

16          1.      Pursuant to Northern District Local Rule 72-1, the Court hereby REFERS this

17   case to a randomly assigned Magistrate Judge for the resolution of all discovery matters.

18          2.      A Further Case Management Conference shall be held on **February 21, 2013 at**

19   **10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San

20   Francisco, California.  The parties shall file a Joint Case Management Statement at least one

21   week prior to the Conference.

22          IT IS SO ORDERED.

23

24   DATED:   11/1/12

25                                              _____

26                                              RICHARD SEEBORG
                                                United States District Judge
27

28