**United States District Court**
For the Northern District of California

1
2
3
4
5
6

7  IN THE UNITED STATES DISTRICT COURT

8  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  SAN FRANCISCO DIVISION

10

11  SALLY STEINHART,                                  No. C 10-00841 RS

12      Plaintiff,

13    v.                                            **ORDER ON PLAINTIFF'S THIRD REQUEST FOR AN EXTENSION**

14  DEPUTY SHERIFFS M. SHANAHAN,
BRIAN K. COVINGTON, CAROLYN
15  JAAP, *et al.*,

16      Defendants.
17  _____/

18      Defendant Caroline Jaap's summary judgment motion was noticed for hearing on April 11,
19  2013. Plaintiff Sally Steinhart twice moved for, and received, extensions of her deadline for filing
20  an opposition to the motion. The second extension continued her deadline for filing her opposition
21  until April 3, 2013. Steinhart failed to file an opposition by that date. Instead, two days later, she
22  filed a "separate supplemental case management statement" in which she argued that the motion for
23  summary judgment had not been noticed properly due to defendant's late correction of Exhibit B to
24  the Declaration of Maureen Furlong. Steinhart therefore requested that the summary judgment
25  hearing (and her deadline for filing an opposition to the motion) be continued. Without ruling on
26  the merits of that argument, it is clear that Steinhart's repeated failure to meet even extended
27  deadlines as well as the content of her case management statement demonstrate that she is
28

unprepared to present the merits of her opposition to the motion for summary judgment at the hearing as presently scheduled.

Her case management statement is construed as a third motion for an extension of time to file her opposition.  The further case management conference scheduled for Thursday, April 11, 2013, as well as the hearing on defendant's motion for summary judgment are hereby continued to Thursday, May 9, 2013, at 1:30 p.m.  Plaintiff's opposition brief must be filed on or before Thursday, April 25, 2013.  No further extensions or continuances will be granted to plaintiff.  Failure to meet the April 25, 2013, filing deadline will result in the waiver of her opportunity to submit a written response to the motion for summary judgment.  Defendant's reply brief, if any, must be filed on or before Thursday, May 2, 2013.

IT IS SO ORDERED.

Dated:  4/8/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE