IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALLY STEINHART,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPUTY SHERIFFS M. SHANAHAN, BRIAN K. COVINGTON, CAROLYN JAAP, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C 10-00841 RS<br><br>**ORDER ON PLAINTIFF'S THIRD REQUEST FOR AN EXTENSION** |

　　Defendant Caroline Jaap's summary judgment motion was noticed for hearing on April 11, 2013. Plaintiff Sally Steinhart twice moved for, and received, extensions of her deadline for filing an opposition to the motion. The second extension continued her deadline for filing her opposition until April 3, 2013. Steinhart failed to file an opposition by that date. Instead, two days later, she filed a "separate supplemental case management statement" in which she argued that the motion for summary judgment had not been noticed properly due to defendant's late correction of Exhibit B to the Declaration of Maureen Furlong. Steinhart therefore requested that the summary judgment hearing (and her deadline for filing an opposition to the motion) be continued. Without ruling on the merits of that argument, it is clear that Steinhart's repeated failure to meet even extended deadlines as well as the content of her case management statement demonstrate that she is

1  unprepared to present the merits of her opposition to the motion for summary judgment at the
2  hearing as presently scheduled.

3  Her case management statement is construed as a third motion for an extension of time to
4  file her opposition. The further case management conference scheduled for Thursday, April 11,
5  2013, as well as the hearing on defendant's motion for summary judgment are hereby continued to
6  Thursday, May 9, 2013, at 1:30 p.m. Plaintiff's opposition brief must be filed on or before
7  Thursday, April 25, 2013. No further extensions or continuances will be granted to plaintiff.
8  Failure to meet the April 25, 2013, filing deadline will result in the waiver of her opportunity to
9  submit a written response to the motion for summary judgment. Defendant's reply brief, if any,
10 must be filed on or before Thursday, May 2, 2013.

11 IT IS SO ORDERED.

13 Dated: 4/8/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE